WILLIAM METZGER *et al.*

*v.*

ALEXANDER P. WOOLDRIDGE.

*Opinion filed June 19, 1902.*

This case is controlled by the decision in *Metzger* v. *Morley,* (*ante,* p. 208.)

*Metzger* v. *Wooldridge,* 99 Ill. App. 283, affirmed.

APPEAL from the Appellate Court for the Third District;—heard in that court on appeal from the Circuit Court of DeWitt county; the Hon. W. G. COCHRAN, Judge, presiding.

A. E. DeMANGE, (GEORGE K. INGHAM, of counsel,) for appellants.

V. WARNER, for appellee.

Per CURIAM: This case presents the same state of facts and same questions of law as that of *Metzger* v. *Morley,* (*ante,* p. 208.) The judgment will be affirmed for the reasons stated in that case.

*Judgment affirmed.*